IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD DEJARNETTE, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WARDEN STEPHEN BULLARD )<br>and THE ATTORNEY GENERAL OF )<br>THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No.  2:04-cv-0411-LSC-HGD |

**<u>FINAL JUDGMENT</u>**

On February 8, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

Done this 15th day of March 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

105854